UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

DANNY W.L. HUDSON, Jr.,
    Plaintiff,

vs.

PHYLLIS P. LEE, individually
and as City Manager of the
City of Roanoke Rapids;
GARY CORBET, individually
and as Fire Chief of the City
of Roanoke Rapids; and the
CITY OF ROANOKE RAPIDS,
    Defendants.

**JUDGMENT**

Case No. 4:10-CV-2-F

**Decision by Court:**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendants' Motion to Dismiss [DE-6] is allowed as to the following claims and they are dismissed with prejudice:

the federal equal protection claim against all defendants; the federal due process claim against all defendants; the North Carolina wrongful discharge claim against defendants Phyllis P. Lee and Gary Corbet in both their official and individual capacities; and the North Carolina equal protection claim against all defendants.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Defendants' Motion for Summary Judgment [DE-30] is allowed as to the remaining claims:

Plaintiff's federal constitutional "free speech" claim as against the City of Roanoke Rapids, North Carolina, and against Phyllis P. Lee and Gary Corbet in their individual capacities; Plaintiff's North Carolina constitutional "free speech claim" as against the City of Roanoke Rapids; and Plaintiff's North Carolina wrongful discharge claim as against the City of Roanoke Rapids.

The defendants' Motion for Summary Judgment on grounds of qualified immunity [DE-30] is DENIED as moot and this action is dismissed.

THE ABOVE JUDGMENT WAS ENTERED ON 5/31/2011, with a copy served upon:
*(via CM/ECF electronic notification)*

**James Niels Jorgensen** - Counsel for Plaintiff
**Dan McCord Hartzog, Jr.** - Counsel for Defendants
**Patrick Flanagan** - Counsel for Defendants

**DENNIS P. IAVARONE, CLERK**

May 31, 2011                /s/ *Shelia D. Foell*
                            (By) Deputy Clerk