UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CV-2-F

| | |
|---|---|
| DANNY W.L. HUDSON, JR., <br>          Plaintiff, <br><br> v. <br><br> PHYLLIS P. LEE, individually and as City Manager of the City of Roanoke Rapids; GARY CORBET, individually and as Fire Chief of the City of Roanoke Rapids; and the CITY OF ROANOKE RAPIDS, <br>          Defendants, | **ORDER** |

This matter is again before the court as directed in the order of May 31, 2011 [DE-47]. It appearing that no party seeks an order extending the placement of [DE-31], [DE-40] and [DE-47] under seal, it hereby is ORDERED that the defendants' Motion to Seal [DE-32] is DENIED.

It further is ORDERED that the filings listed as [DE-31], [DE-40] and [DE-47] are UNSEALED.

SO ORDERED.

This, the 21st day of June, 2011.

                                              JAMES C. FOX
                                              Senior United States District Judge